UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SEAN CANTRELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-00420 |
| ) | Judge Aleta A. Trauger |
| YATES SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The defendant, Yates Services, LLC, has filed a Motion for Summary Judgment (Docket No. 19), to which the plaintiff, Sean Cantrell, has filed a Response (Docket No. 34), and Yates has filed a Reply (Docket No. 42). For reasons set forth in the accompanying memorandum, Yates Services, LLC's motion is hereby **GRANTED**. This Order shall constitute the final judgment in this case pursuant to Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

Enter this 8th day of September 2016.

_____
ALETA A. TRAUGER
United States District Judge