UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SEAN CANTRELL, | ) |
| | ) |
| v. | ) NO. 3:15-0420 |
| | ) JUDGE TRAUGER |
| YATES SERVICES, LLC, | ) |

ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure as to the Order entered 9/8/2016 at DE 47.

     KEITH THROCKMORTON, CLERK
     s/Elaine J. Hawkins, Deputy Clerk